JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

DARYL T. EREMIN (TXBN 24012593)
Assistant United States Attorney
   450 Golden Gate Ave., Box 36055
   San Francisco, California 94102
   Telephone: (415) 522-6031
   Fax: (415) 436-7234
   E-Mail: Daryl.Eremin@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 09-0047 SI |
| Plaintiff, | NOTICE OF DISMISSAL |
| v. | |
| PEDRO CALVA-ALELIAS, <br> a/k/a Jesus Perez-Almaraz, <br> a/k/a Jesus Perez-Almarez and <br> a/k/a Pedro Lcasa-Alelias, | SAN FRANCISCO VENUE |
| Defendant. | |

With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the United States Attorney for the Northern District of California dismisses the above indictment without prejudice.

DATED: February 19, 2009

Respectfully submitted,

JOSEPH P. RUSSONIELLO
United States Attorney

BRIAN J. STRETCH
Chief, Criminal Division

Leave is hereby granted to the government to dismiss the indictment without prejudice.

DATED :

HON. SUSAN ILLSTON
United States District Judge